THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/24/21

February 22, 2021

*Via* **ECF and E-Mail**

The Honorable Andrew L. Carter Jr.
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jas Pal,* 19 Cr. 411 (ALC)

Dear Judge Carter:

Mr. Pal and the government have agreed to the terms of a plea agreement pursuant to which Mr. Pal will plead guilty to Count Two of the indictment. I understand that the Court intends to refer the plea proceeding to Magistrate's Court on a date convenient for the parties. Given the current state of the pandemic, we request that the Court authorize Mr. Pal to plead guilty remotely pursuant to the CARES Act. Mr. Pal, who has a number of underlying health conditions that render him more susceptible to serious illness or death were he to contract COVID-19, consents to pleading guilty remotely. Furthermore, this matter has been pending since May 2019, and the interests of justice would be served in moving this case to a resolution in the short term.

Accordingly, the parties respectfully request that the Court refer Mr. Pal's plea to Magistrate's Court and ordering that it should proceed as soon as practicable and *via* a remote proceeding.

Respectfully submitted,

/s/

César de Castro

A telephone change of plea hearing is scheduled for March 3, 2021 at 11:00 a.m.
So Ordered.

*/s/ Andrew L. Carter* 2/24/21

cc:    Timothy Capozzi
       Lara Pomerantz
       (Assistant United States Attorneys *via* ECF)