```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

      -against-

**JAS PAL,**

                **Defendant.**

-------------------------------------------------------------------- x

**19-CR-411 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Change of Plea Hearing is set for **March 3, 2021** at **11:00 a.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**      **New York, New York**
              **February 25, 2021**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**