USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-12-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                              **ORDER**

                              19-CR-411 (ALC)

        -against-

Jas Pal,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for July 16, 2021 is adjourned to **September 9, 2021** at 3:30 p.m.

    **SO ORDERED.**

Dated: New York, New York
       July 12, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE