UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                  **ORDER**
                                                  19-CR-411 (ALC)

        -against-

Jas Pal,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

       The sentencing set for September 9, 2021 is adjourned to **October 12, 2021** at **3:30 p.m.**

       SO ORDERED.

Dated: New York, New York
       September 8, 2021

                                                      ANDREW L. CARTER, JR.
                                                    UNITED STATES DISTRICT JUDGE