USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-28-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

               -against-

Jas Pal,

-------------------------------------------------------X

<u>ORDER</u>

19-CR-411 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

    The Sentencing set for October 12, 2021 is adjourned to **November 4, 2021** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
        September 28, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**