USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _**/- 6 - 2 2**_

**MEMO ENDORSED**

THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street – 602
New York, New York 10038
631.460.3951 Main
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

January 3, 2022

*Via* **E-Mail and ECF**

The Honorable Andrew L. Carter, Jr.
U.S. District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Jas Pal*, 19 Cr. 411 (ALC)

Dear Judge Carter,

I write to request sixty-day delay in Mr. Pal's surrender date. On Thursday, November 4, 2021, the Court sentenced Mr. Pal to five months' imprisonment and further directed that he surrender to the U.S. Marshals on January 7, 2022. Because Mr. Pal's sentence is less than one year imprisonment, it is likely, if not certain, that he will serve his sentence at the Metropolitan Detention Center in Brooklyn. My understanding is that there is a substantial COVID-19 outbreak currently and the inmates are all on lockdown.

As the Court is aware, Mr. Pal suffers from diabetes, high blood pressure, and high cholesterol. He currently takes eleven medications daily and receives a weekly vitamin b-12 injection. Specifically, he takes the following medications daily: (1) Simvastatin; (2) Januvia; (3) Amlodipine Besylate; (4) Aspirin; (5) Isosorbide Mononitra; (6) Invokana; (7) Omeprazole; (8) Ergocalciferol; (9) Fenofibrate; (10) Glyburide; and (11) Lisinopril.

Given his current medical condition and the significant and dangerous COVID-19 outbreak at the MDC and in New York City, we respectfully request that the Court delay Mr. Pal's surrender date sixty days.

Respectfully submitted,

César de Castro

cc:     Ryan Finkel
        Assistant United States Attorney (*via* ECF)

The application is granted. The surrender
date is extended to March 7, 2022.
So Ordered.

Andrew 7 Carter

1-6-22